

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                          312-435-5670
**Clerk**

6/2/2022

Georgia Northern

Re: **IN RE: ABBOTT LABORATORIES, ET AL.,**
**PRETERM INFANT NUTRITION PRODUCTS**
**LIABILITY LITIGATION**

USDC Case Number and Other Court Case Number:
1:22cv2895 GAN 1 22-01815 Chazmine Lindsey and Bernard Foley et al v. Abbott Laboratories et al

MDL Number: 3026

Dear Clerk:

Enclosed is a certified copy of the Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned to Judge Pallmeyer.

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois. Your prompt attention to this matter is greatly appreciated.

Sincerely,

Thomas G. Bruton, Clerk

By:   /s/ Paula Harrison
           Deputy Clerk